**Order entered September 19, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00854-CV**

**IN THE ESTATE OF DARRELL G. PILGRIM, DECEASED**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-03648-1**

**ORDER**

Before the Court is the September 16, 2022 request of Substitute Court Reporter Kelly Beaudot for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **October 17, 2022**.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE